■ In the Matter of SPENCER SPIELMAN, Appellant, v ALLSTATE INSURANCE COMPANY, Respondent. [651 NYS2d 263] —Appeal by the petitioner from an order of the Supreme Court, Kings County (Dowd, J.), dated October 27, 1995.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Dowd at the Supreme Court. Rosenblatt, J. P., O'Brien, Thompson and Luciano, JJ., concur.